Thomas H. Billingslea, Jr. Chapter 13 Trustee
Jenny Judith Ha [SBN 231476] Staff Attorney
530 'B' Street, Suite 1500
San Diego, California 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West 'F' Street, San Diego, California 92101-6991

In re
   MARGARET KEELING WOOD

                   Debtor(s).

Bankruptcy No.  10-00409-LT13
Hearing Date:    N/A
Hearing Time:    N/A
Department:      N/A

## TRUSTEE'S STATEMENT OF POSITION

     Thomas H. Billingslea, Jr., Chapter 13 Trustee opposes Debtor's Ex Parte Motion to Vacate the Dismissal as the Motion to Vacate is untimely. Debtor's case was filed on January 13, 2010 and the §341(a) Meeting of Creditors was set for February 26, 2010 at 2 pm. Due to the absence of a Chapter 13 Plan, the Trustee submitted an Ex Parte Dismissal Order on the morning of the §341(a) Meeting, February 26th. At the §341(a) Meeting, the Trustee's Staff Attorney did not examine the Debtor and informed the Debtor and the Debtor's counsel that an Ex Parte Dismissal Order had been submitted to the Court for failure to file a Chapter 13 plan.

     The Ex Parte Dismissal Order was entered by the Court on March 2nd. Ten (10) days later, the Ex Parte Motion to Vacate Dismissal was filed with a Chapter 13 Plan that is not dated. See Docket no. 14, page 5 of 5. For the foregoing reasons, the Trustee respectfully request, Debtor's Ex Parte Motion to Vacate Dismissal be denied.

Dated: March 15, 2010                                       Respectfully Submitted,

                                                              /s/ Jenny Judith Ha
                                                              Jenny Judith Ha, Staff Attorney for,
                                                              Thomas H. Billingslea, Jr.
                                                              Chapter 13 Trustee

CERTIFICATE OF SERVICE

  I am employed in the County of San Diego, State of California.  I am over the age of eighteen and am not a party to the within action.  My business address is:  Thomas H. Billingslea, Jr., Chapter 13 Trustee, 530 B Street, Suite 1500, San Diego, CA 92101.

  I served the following document described as: **TRUSTEE'S STATEMENT OF POSITION** on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

| DEBTOR | DEBTOR'S COUNSEL |
|---|---|
| Margaret Keeling Wood | Barbara Stief |
| 12664-73 Carmel County Road | 1901 First Avenue Suite 216 |
| San Diego, CA 92130 | San Diego, CA 92101 |

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2010
   San Diego, CA              /s/ Jenny Judith Ha
                      Jenny Judith Ha